UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAMION RICKETTS, | : |
| Plaintiff, | : Civ. No. 16-4846 (KM) (MAH) |
| v. | : |
| WEEHAWKEN POLICE DEPARTMENT, et al., | : **MEMORANDUM AND ORDER** |
| Defendants. | : |

Plaintiff is proceeding *pro se* with a civil rights complaint. Previously, this matter was administratively terminated as plaintiff's application to proceed *in forma pauperis* was denied. Subsequently, plaintiff filed another application to proceed *in forma pauperis*. Therefore, the Clerk will be ordered to reopen this case.

Leave to proceed in this Court without prepayment of fees is authorized. *See* 28 U.S.C. § 1915. This case is subject to *sua sponte* screening by the Court, and the Complaint will be screened in due course as will plaintiff's motion to appoint pro bono counsel.

Therefore, IT IS this 7th day of December, 2016,

ORDERED that the Clerk shall reopen this case; and it is further,

ORDERED that plaintiff's application to proceed *in forma pauperis* is hereby granted; and it is further

ORDERED that the Complaint shall be filed; and it is further

ORDERED that **SUMMONS SHALL NOT ISSUE**, at this time, as the Court's *sua sponte* screening has not yet been completed; and it is further

ORDERED that the time to serve process under FED. R. CIV. P. 4(m) is hereby extended to the date 90 days after the Court permits the Complaint to proceed; and it is further

ORDERED that the Clerk of the Court shall send a copy of this Order to plaintiff by regular U.S. mail.

_____
KEVIN MCNULTY
United States District Judge